822 A.2d 601

IN THE MATTER OF KEVIN J. CARLIN, AN ATTORNEY AT LAW (ATTORNEY NO. 004231985).

May 21, 2003.

# ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–305, concluding that **KEVIN J. CARLIN** of **HAMILTON**, who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.15(b) (failure to promptly deliver funds to a third party), *RPC* 3.4(c) (failure to obey an obligation under the rules of a tribunal), *RPC* 7.1(a) (false or misleading communication about the attorney), *RPC* 7.5(a) (use of letterhead that violates *RPC* 7.1(a)), *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and *Rule* 1:21–6 (recordkeeping violations), and good cause appearing;

It is ORDERED that **KEVIN J. CARLIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.